IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHANE C. LAYNE, ADC # 149950                                                                           PLAINTIFF

v.                                         5:15CV00195-JM-JJV

MARVIN EVANS, Assistant Director,
Arkansas Department of Correction; *et al.*                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Shane C. Layne ("Plaintiff") filed this action *pro se* and pursuant to 42 U.S.C. § 1983 (Doc. No. 2). He alleges that his rights were violated when, in February 2015, he was denied a religious accommodation to grow his hair and beard past normal grooming limits. (*Id*. at 3.) After reviewing his Complaint, I determined that additional information was required to complete the mandated screening process. (Doc. No. 3 at 2-3.) Specifically, Plaintiff's Complaint failed to allege how any of the named Defendants personally violated his rights.[1] On June 17, 2015, I offered him thirty days to file an Amended Complaint which supplied this information. (*Id*.) I also warned him that if he failed to amend, his Complaint might be dismissed without prejudice. (*Id*. at 6.)

Now, in excess of thirty days have passed and Plaintiff has declined to file an Amended Complaint or otherwise respond to my Order. Absent specific claims detailing each Defendant's alleged involvement,[2] I find that no viable claims have been asserted and this case should be dismissed on that basis.

---

[1]Plaintiff attached several grievance documents to his Complaint, but I noted that it would be improper for me to attempt to infer his claims from those documents. (Doc. No. 3 at 2-3.) Instead, Plaintiff was required to explicitly articulate his allegations in his Statement of Claim.

[2]Plaintiff shall have a final opportunity to supply this information in his objections to this recommendation, should he choose to submit any.

IT IS THEREFORE RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action count as a "strike" for purposes of 28 U.S.C. § 1915(g).[3]

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 27th day of July, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[3] Title 28 U.S.C. § 1915(g) provides that: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . ."